

Christina Wong
10 North Post Street, Suite 700
Spokane, Washington 99201
509-624-7606
Attorney for Paulino Portillo-Orozco

United States District Court
Eastern District of Washington
Honorable Rosanna Malouf Peterson

| United States of America, | No: 2:20-CR-54-RMP |
|---|---|
| Plaintiff, | Motion to Dismiss Because § 1326 Violates the Fifth Amendment |
| v. | |
| Paulino Portillo-Orozco, | May 10, 2022 – 11:00 a.m. |
| Defendant. | |

1  Paulino Portillo-Orozco asks the Court to dismiss the indictment against him
2  because the crime he is charged with committing – 8 U.S.C. § 1326, commonly
3  known as "illegal re-entry" – violates the Equal Protection Clause of the Fifth
4  Amendment.

5  Mr. Portillo recognizes this issue has already come before this Court. In
6  September 2021, Marciano Munoz-De La O filed a motion to dismiss on the same
7  basis[1], and in December 2021, filed a reply to the Government's response[2]. On
8  January 28, 2022, this Court heard expert testimony from Professor Deborah S.
9  Kang, an Associate Professor of History at the University of Virginia, in addition to
10 argument from both parties regarding the motion to dismiss.[3]

11 For the purposes of judicial efficiency, we request this Court incorporate the
12 record – that is, the parts of the record regarding the motion to dismiss based on a
13 violation of Equal Protection – from Mr. Munoz-De La O's case into Mr. Portillo-
14 Orozco's case. We further request that this Court rely upon the briefing, testimony,
15 and argument from both parties in Munoz-De La O.[4]

16 For the same reasons as stated in Mr. Munoz-De La O's case, this Court
17 should dismiss the indictment against Mr. Portillo-Orozco, as the illegal re-entry

---

[1] *See United States v. Munoz-De La O*, 2:20-CR-134-RMP – ECF No. 61 (Motion to Dismiss).
[2] *See* ECF No. 78 (Reply Memorandum).
[3] *See* ECF No. 88 (Minute Entry).
[4] The Government has no objection to this proposal.

Motion to Dismiss Because § 1326 Violates the Fifth Amendment
– 2 –

statute violates the Equal Protection Clause of the Fifth Amendment.

Dated:   April 19, 2022

                                Federal Defenders of Eastern Washington and Idaho
                                Attorneys for Paulino Portillo-Orozco

                                s/*Christina Wong*
                                Christina Wong, NYSBA No. 5528146

                                10 North Post, Suite 700
                                Spokane, Washington 99201
                                Email: Christina_Wong@fd.org
                                Telephone: 509-624-7606
                                Fax: 509-747-3539

### SERVICE CERTIFICATE

I hereby certify that, on April 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify the following: Michael J. Ellis, Assistant United States Attorney.

                                s/*Christina Wong*
                                Christina Wong, NYSBA No. 5528146

                                10 North Post, Suite 700
                                Spokane, Washington 99201
                                Email: Christina_Wong@fd.org
                                Telephone: 509-624-7606
                                Fax: 509-747-3539