Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael J. Ellis
Assistant United States Attorney
Post Office Box 1494
Spokane, Washington 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00054-RMP |
| Plaintiff, | GOVERNMENT'S RESPONSE TO MOTION TO DISMISS |
| vs. | |
| PAULINO PORTILLO-OROZCO, | Date: May 10, 2022, at 11:00 a.m. Without Oral Argument[1] |
| Defendant. | |

The Defendant asks this Court to join an aberration – *United States v. Carrillo-Lopez*, 555 F. Supp. 3d 996 (D. Nev. 2021) – which, as the Court is aware, has been rejected by both this Court and every other district court to consider whether 8 U.S.C. § 1326 was enacted in violation of the Fifth Amendment's guarantee of equal

---

[1] The Government agrees that oral argument and an evidentiary hearing are unnecessary in this matter and would instead ask the Court to incorporate by reference the testimony of Professor Deborah Kang and counsels' arguments from the January 28, 2022, motion hearing and briefing in *United States v. Munoz-De La O*, Case No. 2:20-CR-00134-RMP. To ensure that any and all arguments are preserved for appeal, the Government files the Government's Response (Exhibit 1), the Government's Sur-Reply (Exhibit 2) and the transcript from the January 28, 2022 evidentiary hearing (Exhibit 3). The Government asks the Court to consider all prior arguments raised in *Munoz-De La O* when considering the Defendant's Motion to Dismiss.

GOVERNMENT'S RESPONSE TO MOTION TO DISMISS - 1

protection. *See United States v. Munoz-De La O*, No. 2:20-CR-00134-RMP, 2022 WL 508892, at *8 (E.D. Wash. Feb. 18, 2022). As in *Munoz-De La O*, the Court should decline the Defendant's invitation.[2] *Carrillo-Lopez* rests upon the wrong legal standard, improperly creates a doctrine of legislative "original sin" by which subsequent iterations of Congress – separated by as much as seven decades – are forever tarred by the actions, words, and motivations of their most reprehensible predecessors, and ignores the legitimate governmental interests achieved through the criminalization of repeated unlawful reentries into the United States.

This Court should follow *Munoz-De La O*,[3] as well as every one of its sister courts, and reject both *Carrillo-Lopez* and the Defendant's attempt to subvert the Government's repeatedly affirmed authority over immigration matters. The Defendant's focus on the 1920's betrays the weakness inherent in the Defendant's Motion – failing to find evidence of racial animus concerning § 1326, the Defendant is forced to delve deep into the past and try to impute those motives onto every

//

---

[2] As the Court is aware, the Court, while denying Mr. Munoz-De La O's motion to dismiss, rejected a number of the Government's arguments. *See Munoz-De La O*, 2022 WL 508892, at *9 (rejecting Government's argument that rational basis review applied), *10 (rejecting Government's argument that Mr. Munoz-De La O failed to demonstrate a disparate impact). The Government reproduces those arguments in the attached Exhibits to ensure that the issues are preserved for a likely appeal.

[3] As noted above, although the Government asks the Court to follow *Munoz-De La O* in denying the Defendant's Motion, the Government seeks to preserve the arguments rejected by the Court for a likely appeal.

GOVERNMENT'S RESPONSE TO MOTION TO DISMISS - 2

subsequent Congress to enact, or reenact, the challenged statute. As this approach is legally improper, the Defendant's Motion should be denied.

Dated: April 25, 2022.

                          Vanessa R. Waldref
                          United States Attorney

                          *s/Michael J. Ellis*
                          Michael J. Ellis
                          Assistant United States Attorney

GOVERNMENT'S RESPONSE TO MOTION TO DISMISS - 3

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Christina Wong

*s/ Michael J. Ellis*
Michael J. Ellis
Assistant United States Attorney

GOVERNMENT'S RESPONSE TO MOTION TO DISMISS - 4