PROB 12C
(6/16)

Report Date: January 24, 2024

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Paulino Portillo-Orozco | Case Number: 0980 2:20CR00054-~~RMP~~-1  MKD |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇, Moses Lake, Washington 98837 | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge | |
| Date of Original Sentence: June 26, 2023 | |
| Original Offense: | Alien in the United States after Deportation, 8 U.S.C. § 1326(a)(1) and (2) |
| Original Sentence: | Prison - 4 days  TSR - 12 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Alison L. Gregoire | Date Supervision Commenced: June 26, 2023 |
| Defense Attorney: John Stephen Roberts, Jr. | Date Supervision Expires: June 25, 2024 |

**PETITIONING THE COURT**

To issue a warrant.

On July 10, 2023, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.  <br><br>**Supporting Evidence**: It is alleged that Mr. Portillo-Orozco violated the terms of his supervised release by committing the federal felony offenses of conspiracy to distribute 500 grams or more of methamphetamine, beginning on an unknown date in October 2023, and continuing until, on or about January 16, 2024, and distribution of 500 grams or more of methamphetamine which occurred on or about October 29, 2023.  <br><br>In the Eastern District of Washington, per the indictment in 2:24CR00013-SAB-2, Mr. Portillo-Orozco committed the federal felony offenses of conspiracy to distribute 500 grams or more of methamphetamine, beginning on an unknown date in October 2023 and continuing until, on or about January 16, 2024, and distribution of 500 grams or more of methamphetamine which occurred on or about October 29, 2023. Mr. Portillo-Orozco was arrested on January 23, 2024, and he is scheduled to appear for an initial appearance and arraignment on January 24, 2024. |

Prob12C
**Re: Portillo-Orozco, Paulino**
**January 24, 2024**
Page 2

2   **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: It is alleged that Mr. Portillo-Orozco violated the terms of his supervised release by unlawfully possessing a controlled substance, specifically methamphetamine on or about October 29, 2023.

Per the indictment in 2:24CR00013-SAB-2, Mr. Portillo-Orozco knowingly distributed methamphetamine on or about October 29, 2023.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 24, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other



Signature of Judicial Officer

1/24/2024
Date