PROB 12C
(6/16)

Report Date: November 13, 2024

# United States District Court

### for the

### Eastern District of Washington

*Amended* Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Paulino Portillo-Orozco | Case Number: 0980 2:20CR00054-MKD-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓ Moses Lake, Washington 98837 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 26, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Alien in the United States after Deportation, 8 U.S.C. § 1326(a)(1) and (2) | | |
| Original Sentence: | Prison - 4 days<br>TSR - 12 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | June 26, 2023 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: | June 25, 2024 |

### PETITIONING THE COURT

**AMENDED PETITION:** The original petition was filed with the Court on January 24, 2024, which resulted in an arrest warrant signed by the Honorable Judge Dimke, U.S. District Judge. The purpose of this petition is to reflect updated information and guideline provisions.

On July 10, 2023, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that on or about October 29, 2023, Mr. Portillo-Orozco committed the federal criminal offense of Unlawful Use of a Communications Facility, in violation of 21 U.S.C. § 843 (b), a Class D felony.<br><br>Per the plea agreement in 2:24CR00013-MKD-2, Mr. Portillo-Orozco knowingly or intentionally used a cellular telephone to act with intent to commit, cause, or facilitate the commission of a drug felony, namely the distribution of 500 grams or more of methamphetamine. On September 19, 2024, Mr. Portillo-Orozco entered a guilty plea to the aforementioned charge in 2:24CR00013-MKD-2 and sentencing is presently set for January 8, 2025. |

Prob12C
**Re: Portillo-Orozco, Paulino**
**November 13, 2024**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 13, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

11/15/2024
Date